No. 92–6980. BROOKINS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 92–6985. ALLEN *v.* LEIMBACH. C. A. 4th Cir. Certiorari denied.

No. 92–6986. SULTRY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6990. POWERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6991. BETHLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6992. OVERSHOWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6993. PRIDE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–6994. LARKIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6995. MOORE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–6996. FRANKLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6997. HOLDEN *v.* BRIGGS, SUPERINTENDENT, COOK INLET PRE-TRIAL FACILITY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6998. HERNANDEZ-RUIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6999. GREY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7000. EVANS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7001. HENRY ET UX. *v.* OTIS ENGINEERING CORP. ET AL. C. A. 5th Cir. Certiorari denied.